JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTIN CAIN,

               Plaintiff,

      v.

KILOLO KIJAKAZI, Acting
Commissioner of the Social
Security Administration,

               Defendant.

Case No. CV 22-01328-SK

**JUDGMENT**

      **IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED:   May 15, 2023   

                              STEVE KIM
                              United States Magistrate Judge